UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAAKESH C. BHAN,

    Plaintiff,

v.                                                                                 Case No. 1:10-CV-202

BATTLE CREEK HEALTH SYSTEM,              HON. GORDON J. QUIST
et al.,

    Defendants.
_____/

## ORDER

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that summary judgment is **GRANTED** in favor of Defendant Battle Creek Health Systems (docket nos. 107, 128) and Defendants Borgess Medical Center, Paul Spaude, Terry Baxter, and Robert Brush (docket no. 111).

**IT IS FURTHER ORDERED** that Battle Creek Health Systems's Motion to Strike Witnesses (docket no. 130) is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Integrated Health Partners is terminated as a party to this case.

This case is concluded.


Dated: April 24, 2013                                                                 /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE